IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

IN RE:
Jared Louis May — Case Number 15-40765-13-JMK
Megan Lavelle Aleta May

AGREED MOTION TO MODIFY PLAN TO PAY RENT VIA CONDUIT PAYMENT

COME NOW the Debtors, by and through their attorney, J. Shannon Garrett, and Montara LLC (Montara), and through Jared R Muir, Of Counsel to Alderson, Alderson, Weiler, Conklin, Burghart & Crow, L.L.C., and jointly move the Court for an Order modifying the Chapter 13 Plan in this case to pay Debtors' ongoing rent through the Plan via conduit, and to grant conditional stay relief to Montara. In support of said Motion, the parties assert:

1. On or about July 9, 2014, the Debtors-in-Possession, Jared May and Megan May executed a Rental Lease Agreement with Montara for possession of the property located at 6815 SW Fieldwood Dr., Topeka, Kansas 66619 with a monthly lease amount set at $785.00.
2. Debtors have failed to make timely post-petition payments. Montara intends to file a petition to evict Debtors.
3. 11 U.S.C. §362 (a)(3) reads in pertinent part:

> "(a)Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of:
>
> (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;"

4. Montara concedes that the automatic stay, in effect under this Chapter 13 proceeding, prevents them from executing any order to evict. Nevertheless, Debtors are obligated to make timely rent payments.
5. Accordingly, Debtors and Montara agree to modify the scope of the automatic stay, in the following manner:
    A. Montara shall be granted *in rem* relief from the automatic stay. Such relief shall be held in abeyance as long as Debtors comply with the following conditions:
        i. Debtors shall make timely payments to Montara, under the terms of the lease, for the months of August and September 2015. In the event the Trustee does not modify the income withholding order by the day the October 2015 payment is due, Debtors shall make that payment directly to Montara.
        ii. The Trustee will modify the income withholding order to collect and disburse ongoing rent payments of $785, along with the appropriate fee. The Trustee will disburse the rent payment to:
            Montara, L.L.C.
            7105 S.W. Montara Parkway
            Topeka, Kansas 66619
        iii. Montara understands their receipt of the conduit rent payments may be delayed by as much as 60 days. Montara will not impose late fees on conduit rent payments, so long as the Debtors in turn maintain their payments to the Trustee.

iv. In the event Debtors request an abatement or suspension of Plan payments, Debtors shall continue to make their conduit payment to the Trustee during the abatement period, unless Montara consents in advance to abate the rent due and owing during the abatement.

WHEREFORE, Debtors request that the Court:

A. Grant *in rem* relief from the automatic stay to Montara, but hold relief in abeyance for as long as Debtors comply with the above conditions;
B. Direct the Trustee to increase the Plan payment by $785 plus an appropriate fee;
C. Direct the Trustee to disburse those additional proceeds to Montara as a conduit rent payment; and
D. For such other and further relief as the Court deems just and equitable.

Dated September 4, 2015

Respectfully submitted,

s/ J. Shannon Garrett
J. Shannon Garrett #18875
Garrett Law LLC
515 South Kansas Ave, Suite 403
Topeka, KS 66603
785-276-9300
866-306-5840 FAX
sgarrett@garrettlawLLC.com
Counsel for Debtors

Approved:

s/Jared R Muir
Jared R Muir
Of Counsel
ALDERSON, ALDERSON, WEILER, CONKLIN, BURGHART & CROW, LLC
Ph: (785) 232-0753
Fax: (785) 232-1866
www.aldersonlaw.com